**Electronically Filed
Intermediate Court of Appeals
30725
23-NOV-2011
01:14 PM**

NO. 30725

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PAIGE ELLEN CALAHAN, Plaintiff-Appellant, v.
MARCUS ROLAND ROBINSON, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 07-1-0274)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) on September 9, 2010, Defendant-Appellant Paige Ellen Calahan, who is representing herself on appeal, filed a notice of appeal; (2) on October 29, 2011 the record on appeal was filed, and the appellate clerk informed Appellant the jurisdictional statement was due on November 8, 2010 and the opening brief was due on December 8, 2010; (3) after obtaining an extension of time, Appellant filed the jurisdictional statement on January 10, 2011; (4) Appellant requested and was granted extensions of time to file the opening brief, and the due date for the opening brief

was extended to July 1, 2011; (5) Appellant did not file the opening brief; (6) on October 25, 2011, the appellate clerk informed Appellant that: (a) the opening brief was in default; (b) the matter would be called to the attention of the court on November 4, 2011 pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (c) the appeal may be dismissed; and (7) Appellants did not file the opening brief or seek relief from default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, November 23, 2011.

Chief Judge

Associate Judge

Associate Judge

-2-